Boileverie, Defendant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Elizabeth H. Stanton, Respondent, v. The City of New York, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Salin Realty Company, Inc., Respondent, v. Townsend Pinkney, Appellant. — Judgment and order affirmed, with costs. Without passing upon the marketability of the title, this contract is not fulfilled by the title offered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Eighty-Five Park Avenue Corporation, Respondent, v. American University Club of New York, Inc., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property that Shall or May Be Required for the Widening of Chrystie Street, from Canal Street to East Houston Street, etc. Nathan Himowich, Appellant; Joseph D. McGoldrick, Comptroller of the City of New York, and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Florence Mayer and Others, as Executors of and Trustees under the Last Will and Testament of Herman H. Shulof, Deceased, Respondents, v. Ernfst H. Habighorst, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Irving Trust Company, as Trustee in Bankruptcy of Kananack Manufacturing Corporation, Appellant, v. Camden Fire Insurance Association, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [153 Misc. 414.]

Milton G. Kronacher, Suing on Behalf of Himself and All Other Holders of the First Mortgage Six and One-Half Per Cent Sinking Fund Gold Bonds, Secured by a Mortgage on the Premises Known as Park Central Apartment Hotel, Appellant, v. Manufacturers Trust Company, as Trustee, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

John J. Sullivan, Inc., Respondent, v. Brooklyn National Bank of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Lillian Boehm, Respondent, v. 332 and 334 West Eleventh Street Corporation and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of William R. Klein.— Reference ordered. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.